Bradford Lee COOLEY *v*. STATE of Arkansas

623 S.W. 2d 516

Supreme Court of Arkansas
Opinion delivered November 9, 1981

*Don A. Eilbott,* for appellant.

*Steve Clark,* Atty. Gen., for appellee.

PER CURIAM. Appellant, Bradford Lee Cooley, by his attorney has filed for a rule on the clerk.

His attorney, Don A. Eilbott, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.